# UNITED STATES DISTRICT COURT
для the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS Priority Mail 9505 5146 2054 5363 5959 07 mailed to Dale Thomas, 6058 Dunson Dr., Haltom City, TX 76148 | ) ) ) Case No.  4:26-MJ-001<br>) ) ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Northern     District of     Texas, Fort Worth Division
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail 9505 5146 2054 5363 5959 07 mailed to Dale Thomas, 6058 Dunson Dr., Haltom City, TX 76148

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled substances, proceeds or currency related to the sale or distribution of controlled substances, packaging material associated with the transportation of controlled substances via the United States Mail, and correspondence and other paraphernalia associated with the use or distribution of controlled substances.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     January 16, 2026
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Jeffrey L. Cureton                                    .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   January 2, 2026 @ 3:05 pm         _____
                                                                                           *Judge's signature*

City and state:   Fort Worth, Texas                              Jeffrey L. Cureton United States Magistrate Judge
                                                                                           *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:26-MJ-001 | 01/05/2026 at 11:10 AM | USPIS |

*Inventory made in the presence of :*
X. Bryant/ P. Ecker

*Inventory of the property taken and name of any person(s) seized:*

Approxiamtely 521.63 grams of marijuana, parcel wrapping and packaging.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: January 5, 2026

*Xaviahn Bryant*
*Executing officer's signature*

Xaviahn Bryant, U.S. Postal Inspector
*Printed name and title*

Print    Save As...    Reset